EDNA A. RALPH, Respondent, v. EDITH S. CRONK, as Administratrix, etc., of ADELBERT D. CRONK, Deceased, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. [See post, p. 915.] [150 Misc. 69.]

In the Matter of the Appraisal under the Transfer Tax Law of the Estate of CLARA H. GROFF, Deceased.— Decree modified on the law by diminishing the taxable value of the transfer by interest on the payments made from time to time to the decedent, such interest being included in the words " equivalent monetary value," and as modified affirmed, without costs on this appeal. All concur, except Thompson and Lewis, JJ., who dissent and vote for affirmance.

HELEN CHURCH, Respondent, v. LEWIS HARTER, as Administrator, etc., of PHILIP HARTER, Deceased, Appellant.— Judgment affirmed, with costs. All concur.

GIUSEPPI FERRO, Appellant, v. THE GLOBAR CORPORATION, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. All concur.

WILLIAM VANDERLOO, Respondent, v. JACKSON CALDWELL, Appellant.— Juugment and order affirmed, with costs. All concur.

In the Matter of the Probate of the Last Will and Testament of K. WERNER HEYE, III.— Decree affirmed, with costs. All concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HERMAN ROTHENBERG, Appellant, v. WILLIAM HUNT, as Warden of Attica Prison, Respondent.— Order affirmed, without costs on this appeal. All concur.

ANTONI NOWAK, Respondent, v. JOSEPHINE MROZINSKI DERLUKIEWICZ and Others, Appellants.— Judgment affirmed, with costs. All concur.

JOHN LORD, Respondent, v. DANIEL E. KNOWLTON and Another, Appellants.— Order affirmed, with costs. All concur.

R. Z. MORRISON, as Trustee for the CITIZENS NATIONAL BANK OF WARREN, PENNSYLVANIA, and Another, Respondents, v. HOLMES AND VOLZ, INCORPORATED, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements, on the authority of Kottler v. New York Bargain House, Inc. (242 N. Y. 28). All concur.

FREDERICK A. BELLOWS, Appellant, v. THE MERCHANTS DESPATCH TRANSPORTATION COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur.

FREDERICK A. BELLOWS, Appellant, v. THE MERCHANTS DESPATCH TRANSPORATION COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur.

BRIDGET SHAY, Respondent, v. AGNES ASHWORTH ODELL and AGNES ASHWORTH ODELL, as Executrix, etc., of H. LOUIS ODELL, Deceased, Appellant, Impleaded with BANK OF JAMESTOWN, NEW YORK, and Another, Defendants.— Judgment and order reversed on the law, with costs to the appellant to abide the event, on the ground that an issue of fact was presented by the pleadings as to whether a demand had been made for the payment of taxes. Section 1077-e of the Civil Practice Act in respect to the payment of costs has no application. The constitutionality of the law is established by the reasoning in Home Building & Loan Assn. v. Blaisdell (290 U. S. 398), decided January 8, 1934, and Matter of People (Title & Mortgage Guarantee Co.) (264 N. Y. 69), decided March 20, 1934, opinion by Lehman, J. All concur.